IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REBECCA ANNE PETERS, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | CASE NO.:<br><br>2:17-cv-01270-AKK<br><br><br>***CLASS ACTION*** |

JOINT MOTION TO STAY
PENDING FINAL APPROVAL OF CLASS ACTION SETTLEMENT

COMES NOW Plaintiff Rebecca Anne Peters ("Plaintiff") and Defendant Experian Information Services, Inc. ("Defendant") (collectively referred to as the "Parties") by and through their undersigned counsel, and move this Honorable Court to stay this matter pending final approval of a nationwide class action settlement. In support, the Parties state as follows:

1. This matter is one of numerous putative class actions brought in various jurisdictions against Defendant alleging violations of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681-1681x, regarding Defendant's reporting and disclosure of public record information.

2. On August 31, 2018, and as part of a series of settlement conferences mediated by Magistrate Judge David Novak, a nationwide class action settlement

1

was reached with Defendant. *See Clark, et al. v. Experian Information Solutions, Inc.*, Case No. 3:16-cv-32 (E.D. Va.) and *Brown, et al. v. Experian Information Solutions, Inc.*, Case No. 3:16-cv-670 (E.D. Va.) (hereinafter the "*Clark* Settlement")[1].

3. The terms of the *Clark* Settlement embrace Plaintiff's class claims and, if finally approved, will resolve all of Plaintiff's class claims asserted in this matter.

4. The Parties have conferred and agree that in the interest of judicial economy, all proceedings in this matter should be stayed until the *Clark Settlement* has been granted final approval and no further appeals remain. Within fourteen (14) days of such date, the Parties will jointly notify the Court and file the appropriate papers to dismiss this matter with prejudice. In the event the *Clark* matter is not approved for final settlement, and within fourteen (14) days of such date, the Parties will file a Joint Status Report setting forth how this case should proceed.

WHEREFORE, the Parties respectfully request that this Court enter an order staying this matter pending final approval of the *Clark* Settlement and directing the Parties to file the appropriate dismissal papers or a Joint Status Report setting forth

---

[1] Judge Novak also recently successfully mediated another nationwide settlement concerning similar public record claims against TransUnion, LLC,, in which District Judge M. Hannah Lauck entered a final approval order for the nationwide settlement. *See Clark v. TransUnion LLC*, No. 3:15-cv-00351-MHL (E.D. Va. Aug. 29, 2018) (Docs. 272-73).

how the case should proceed, within fourteen (14) days of a decision on the *Clark* Settlement.

          **RESPECTFULLY SUBMITTED,**

*/s/ Micah S. Adkins*
Micah S. Adkins (ASB-8639-I48A)
**THE ADKINS FIRM, P.C.**
7100 Executive Center Drive, Suite 110
Brentwood, TN 37027
Telephone:  (615) 370-9659
Facsimile:   (615) 370-4099
Email: MicahAdkins@ItsYourCreditReport.com

James A. Francis (admitted *pro hac vice*)
John Soumilas (admitted *pro hac vice*)
**FRANCIS & MAILMAN, P.C.**
Land Title Building
100 South Broad Street, 19th Floor
Philadelphia, Pennsylvania 19110
T: 215.735.8600
F: 215.940.8000
E: jfrancis@consumerlawfirm.com
E: jsoumilas@consumerlawfirm.com
*Attorneys for Plaintiffs*

*/s/ Gregory R. Hanthorn*
Gregory R. Hanthorn (ASB-4664-N76G)
Rebecca C. Reynolds (admitted *pro hac vice*)
**JONES DAY**
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-3053
Telephone:  404.581.3939
Email:  ghanthorn@jonesday.com
Email:  rreynolds@jonesday.com

L. Jackson Young, Jr.
Ferguson Frost Moore & Young, LLP

        1400 Urban Center Drive, Suite 200
        Birmingham, AL  35242
        Telephone:  (205) 879-8722
        Facsimile:  (205) 879-8831
        Email:  LJY@ffmylaw.com
        *Counsel for Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on September 18, 2018, I served the foregoing paper by filing the same using the CM/ECF System, which will electronically notify the following counsel of record of same:

L. Jackson Young, Jr.
Ferguson Frost Moore & Young, LLP
1400 Urban Center Drive, Suite 200
Birmingham, AL  35242

Gregory R. Hanthorn
Rebecca C. Reynolds
Jones Day
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3939

        */s/ Micah S. Adkins*
        Micah S. Adkins