## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **REBECCA ANNE PETERS,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Civil Action Number |
| | ) | **2:17-cv-01270-AKK** |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** | ) | |
| **Defendant.** | ) | |

## ORDER

Before the court is the parties' joint motion to stay pending final approval of nationwide class action settlement, doc. 27. It is **HEREBY ORDERED**:

This matter is stayed until the *Clark Settlement* has been granted final approval and no further appeals remain. Within fourteen (14) days of such date, the parties shall jointly notify the court and file the appropriate papers to dismiss this matter with prejudice.

In the event that the *Clark* matter is not approved for final settlement, and within fourteen (14) days of such date, the parties shall file a joint status report setting forth how this case should proceed.

**DONE** the 21st day of September, 2018.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE