# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| REBECCA ANNE PETERS, on behalf of herself and all others similarly situated,<br><br>　　Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　Defendant. | CASE NO.:<br><br>　2:17-cv-01270-AKK<br><br><br>***CLASS ACTION*** |

## STIPULATION AND ORDER OF DISMISSAL OF INSTANT ACTION AS PART OF NATIONWIDE CLASS ACTION SETTLEMENT

Plaintiff Rebecca Anne Peters ("Plaintiff") and Defendant Experian Information Services, Inc. ("Defendant") submit this Stipulation and Proposed Order of Dismissal of the Instant Action as Part of a Nationwide Class Action Settlement.

1. This case is one of 18 putative class actions brought in various jurisdictions related to public record reporting under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*, and related state statutes.

2. In September 2018, a nationwide settlement was reached in *Carolyn Clark v. Experian Information Solutions, Inc.*, Case No. 3:16-cv-00032-MHL (E.D. Va.).

3. The Hon. M. Hannah Lauck of the Eastern District of Virginia granted final approval to the nationwide class action settlement and final judgment in *Clark*

on February 1, 2019.  *Clark*, ECF No. 150 (Final Approval and Injunctive Relief Order).

4. No appeals were taken from Judge Lauck's Order.

5. The terms of the nationwide settlement embrace the class claims alleged in this litigation.

6. Therefore, Plaintiff and Defendant jointly request (i) the dismissal of the instant action with prejudice as to the class action claims, and (ii) the dismissal of Plaintiff's individual claims without prejudice.  Dismissal of the class and individual claims will resolve all claims in this matter.

Dated:  February 22, 2019        Respectfully submitted,

/s/John Soumilas
John Soumilas (admitted *pro hac vice*)
**FRANCIS & MAILMAN, P.C.**
1600 Market Street, 25th Floor
Philadelphia, Pennsylvania 19103
T: 215.735.8600
F: 215.940.8000
jsoumilas@consumerlawfirm.com

*Attorneys for Plaintiff Treva Suddell Jones*

*/s/ Gregory R. Hanthorn*
Gregory R. Hanthorn (ASB-4664-N76G)
Rebecca C. Reynolds (admitted *pro hac vice*)
**JONES DAY**
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-3053
T:  404.581.3939
F: 404.581.8330
ghanthorn@jonesday.com
rreynolds@jonesday.com

*Attorneys for Experian Information Solutions, Inc.*

SO ORDERED:

_____
Hon. Abdul K. Kallon