FILED
2019 Feb-25  AM 09:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **REBECCA ANNE PETERS,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **Civil Action Number** |
| ) | **2:17-cv-01270-AKK** |
| **EXPERIAN INFORMATION** ) | |
| **SOLUTIONS, INC.,** ) | |
| ) | |
| Defendant. | |

## ORDER

Consistent with the nationwide settlement reached in *Carolyn Clark v. Experian Information Solutions, Inc.*, Case No. 3:16-cv-00032-MHL (E.D. Va.), and the Joint Stipulation of Dismissal, doc. 29, the class action claims of this case are **DISMISSED WITH PREJUDICE** and Rebecca Ann Peters' individual claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to close this file. Each party to bear its own costs.

**DONE** the 25th day of February, 2019.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE